**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CADMET, INC., | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-CV-05090-CFK |
| | : | |
| vs. | : | |
| | : | |
| ATLANTA LIGHT BULBS, INC. | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT ATLANTA LIGHT BULBS, INC.'S STATUS REPORT REGARDING THE PENDING BANKRUPTCY FILING

AND NOW, comes the Defendant, Atlanta Light Bulbs, Inc, by and through its undersigned counsel, and hereby provides this Status Report to advise that the bankruptcy filing in the Northern District of Georgia at Case No. 22-52950 remains pending and has been converted to a Chapter 7 proceeding as of July 7, 2022.

VAN DER VEEN, HARTSHORN & LEVIN

DATE: 7/11/22                BY: /s/ Daniel J. Devlin_____
                                                        Daniel J. Devlin
                                                        Attorney for Defendant
                                                        Attorney ID No. 306573
                                                        1219 Spruce Street
                                                        Philadelphia, PA 19107
                                                        P: 215-546-1000
                                                        F: 215-546-8529
                                                        E: ddevlin@mtvlaw.com